2-751164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

            Plaintiff,

   - against -

SUNBELT MACHINERY, INC.,

           Defendant.
----------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY



07 CV 3670

RECEIVED
MAY 09 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant SUNBELT MACHINERY, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

   1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

   2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

   3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

   4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $24,454.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $24,454.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
MAY 9, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
 SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

SCHEDULE A

I. <u>Defendant's status & address:</u>

    A. Upon information and belief and at all times hereinafter mentioned, defendant SUNBELT MACHINERY, INC. was and still is a corporation organized and existing under the laws of the State of Georgia, with offices and a place of business at 4345 Granby Way, Marietta, GA 30062-8150, with an agent for service of process, Dudley D. Benson, President, at the corporate address.

II. <u>Particulars:</u>

    1. Bill of Lading No. SSPHORF5758, dated October 2, 2006, from Savannah to Dubai on the Vessel CALIFORNIA, two (2) forty-foot FLATRACKS, three (3) forty-foot Hi-Cube Containers, four (4) forty-foot Open Top Containers, and one (1) twenty-foot Flat Rack SAID TO CONTAIN: MACHINERY, at the applicable tariff charge of $19,816.00 (Exhibit A). Upon audit, this amount was increased to $44,270.00 and as per Freight Corrector CRORF064877 (Exhibit B – 2 pages).

Amount Paid: $19,716.00        Amount Due: $24,454.00

III. <u>Total Amount Due: $24,454.00</u>

**BILL OF LADING** — ZIM INTEGRATED SHIPPING SERVICES LTD — ZIM CONTAINER SERVICE

*[Form is largely illegible due to poor scan quality. Visible elements include fields for Shipper/Exporter, Consignee, Notify Party, Forwarding Agent, Document No., Export References, Place of Receipt, Loading Vessel, Port of Loading, Port of Destination, Final Destination, Marks & Nos./Cont. Nos., Description of Goods, Weight, Measurement, Freight Prepaid, Merchant's Declaration, Ad Valorem Freight, Place and Date of Issue.]*

**EXHIBIT "A"**

```
***  DESCRIPTIONS OF 7CF,16/E    USSAV    ALDBILSBCM    SSPIIGN 5/ES    ***PAGE 1
------------------------------------------------------------------------------
           2 CNT   X40'-R CONTAINER                    30670KG
                   BOOKING# ORF139548                  67396LB
                   DIMS:336"108"X138"(LxWxH)
                   STAG:MACHINERY
           3 CN    X 40 FT HC CONTAINERS               32112KG
                   BOOKING# ORF139676                  70794LB
           4 CNT   40 FT OPEN TOP CONTAINERS           69231KG
                                                      152628LB
           1 CNT   X 20 FT FLAT RACK                    8523KG
                   BOOKING # ORF139549                 18790LB
                   DIMENSIONS 168 X 84 X 142

                   STC MACHINERY    NON HAZ
                   (ONE USED PCP S/N 1609
                   AUTOMATIC PAINTING LINE
                   CONSISTING OF SHOT
                   BLASTING CABINET, PAINTING
                   STATION, CURING OVEN AND
                   RELATED CONVEYORAGE
                   HA 8413190000 &
                   HS 8417000000
                   FRIGH. PREPAID
                   ACS XIN: 621926300 - 161
                   AES ITN: X20060928007333
```

SETH SHIPPING CO.

===== MANIFEST CORRECTOR =====

NORFOLK  27-OCT-2006

CORRECTOR NO. 2NORF061877

THE FOLLOWING CHANGES HAVE BEEN MADE IN THE MANIFEST OF THE S.S. Z. CALIFORNIA VOY NO. 16/E

FROM SAVANNAH TO DUBAI SAILED ON 10/02/2006

MANIFEST NOW READS:                                    MANIFEST SHOULD READ:

B/L NO. SSHGRF5153

SHIPPER :                                              | SHIPPER :
  SUNBELT MACHINERY                                    |   SUNBELT MACHINERY
CONSIGNEE :                                            | CONSIGNEE :
  KARACHI STEEL LLC                                    |   KARACHI STEEL LLC
NOTIFY :                                               | NOTIFY :
  KARACHI STEEL LLC                                    |   KARACHI STEEL LLC

                    PREPAID    COLLECT                                PREPAID    COLLECT
                    -------    -------                                -------    -------
       FREIGHT  DL 19200.00                                FREIGHT  DL 39500.00
                                                         BROKERAGE  DL  1600.00
        BUNKER/FUEL  DL   600.00                         BUNKER/FUEL DL  2050.00
INTERNATIONAL SHIP/PORT SEC  DL  12.00         INTERNATIONAL SHIP/PORT SEC  DL   60.00
                                                  INTERNATIONAL FUEL SURCHARGE DL 240.00
ORIG'N PORT/TERMINAL SECURITY CHARGE DL  4.00 |ORIG'N PORT/TERMINAL SECURITY CHARGE DL  20.00
       ------------------------------          |       ------------------------------
       TOTAL FREIGHT  DL  19816.00                       TOTAL FREIGHT  DL  44270.00

AM : 5/9939
CHANGED REF. # 21280
SHIPPER REF :
PREPARED BY: DAWN WILCOX
CHECK BY: DAWN WILCOX

----------------------------------------------------------------

TO :              REMARK :                               SETH SHIPPING CO.
                  CUSTOMER COMBINED BILL 4 BILLS
                  TWO ONE - ADDED PER RATES  DMW
                                                         PER DAWN WILCOX

EXHIBIT "6"

```
CHARGES OF 2CF,1S/E - USSAV - AEDBLES3CK    SSF-IGR 5/55
DETAILS         PER   AMOUNT    PREPAID COLLECT
-------------------------------------------------
FREIGHT         UNIT  9600.00  19200.00   DL
BUNKER/FUEL     UNIT   300.00    600.00   DL
INTERNATIONAL   UNIT     6.00     12.00   DL
ORIGIN          UNIT     2.00      4.00   DL
FREIGHT         UNIT  1600.00   4800.00   DL
PRECARRIAGE     UNIT   400.00   1200.00   DL
BUNKER/FUEL     UNIT   300.00    900.00   DL
INTERNATIONAL   UNIT     6.00     18.00   DL
INTERMODAL      UNIT    60.00    180.00   DL
ORIGIN          UNIT     2.00      6.00   DL
FREIGHT         UNIT  3050.00  12200.00   DL
BUNKER/FUEL     UNIT   300.00   1200.00   DL
INTERNATIONAL   UNIT     6.00     24.00   DL
ORIGIN          UNIT     2.00      8.00   DL
FREIGHT         UNIT  3300.00   3300.00   DL
PRECARRIAGE     UNIT   400.00    400.00   DL
BUNKER/FUEL     UNIT   150.00    150.00   DL
INTERNATIONAL   UNIT     6.00      6.00   DL
INTERMODAL      UNIT    60.00     60.00   DL
ORIGIN          UNIT     2.00      2.00   DL
                                --------
                           tUS 44270.00
```