AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 14, 2007 |
| NAME OF SERVER (PRINT) | TITLE |
| Allen Langston | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 4345 Granby Way, Marietta GA 30062

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ usual place of business with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: MaryAnn Davis Hoe

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 14, 2007
Date

Signature of Server: Allen Langston

Address of Server: 745 Towneridge Dr. Marietta, GA 30064

[1]: As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.