UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,      07 CIV. 3670 (BAER)

    - against -

SUNBELT MACHINERY, INC.,

               Defendant.
------------------------------------------------X

## MEMORANDUM OF LAW

### Facts

This action was commenced seeking $24,454.00 in unpaid ocean freight. Defendant was served on May 14, 2007, and failed to answer.

### POINT I

### THE COURT MAY ENTER A DEFAULT JUDGMENT

Under Fed.R.Civ.P. 55(b)(2), the Court may enter a judgment by default, so long as the Court, in its discretion, can ascertain from the facts set forth in the Complaint that a judgment is warranted. Au Bon Pain v. Artect, Inc., 653 F.2d 61, at 65 (2d. Cir. 1981). Plaintiff submits that the affidavit of Tasos Christ, together with the Complaint, Bill of Lading, and dishonored check, satisfies the requirement of sufficient proof of the accuracy of the allegations of the Complaint.

## POINT II
### INTEREST AT 6% IS APPROPRIATE

"It is firmly established that [a]llowance of pre-judgment interest in admiralty [actions] . . . should be granted in the absence of exceptional circumstances, and that the rate of pre-judgment interest is within the broad discretion of the district court." Mentor Ins. Co. (U.K.) Ltd. v. Brannkasse, 996 F.2d 506, 520 (2d. Cir. 1993) (Internal citations and quotations omitted.) Plaintiff submits that 6% from the dates of the bills of Lading is proper.

## CONCLUSION

Judgment by default, with interest, is appropriate.

Dated: New York, New York
June 14, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

CITY OF NEW YORK     )
STATE OF NEW YORK    ) SS:
COUNTY OF NEW YORK   )

Albert J. Avallone, being duly sworn, deposes and says that he is a member of the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff herein.

That on the 14th day of June, 2007, he served the within

Memorandum of Law

upon the following:

Sunbelt Machinery
4345 Granby Way
Marietta, GA 30062-8150
Attn: Dudley D. Benson, President

by depositing (a) true copy(ies) of the same securely enclosed in (a) postpaid wrapper(s) in a Post Office Box regularly maintained by the United States Government at 551 Fifth Avenue, New York, NY 10176, directed to the above mentioned individual(s) at his (their) respective address(es) above, that (these) being the address(es) within the State designated by him (them) for that purpose upon the proceeding papers in this action or the place where he (they) then kept an office, between such places, there then was and now is a regular communication by mail.

Deponent is over the age of 18 years.

Sworn to before me this
14th day of June, 2007

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4961887
Qualified in New York County
My Commission Expires 2/12/10