2-751164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,

- against -

SUNBELT MACHINERY, INC.,

                Defendant.
------------------------------------------------------X

07 CIV. 3670 (BAER)

DEFAULT JUDGMENT

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

    This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant SUNBELT MACHINERY, INC. on May 14, 2006 by personal service on MaryAnn Davis Hoe, person authorized to accept, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

    Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

    ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendant SUNBELT MACHINERY, INC. in the liquidated amount of $24,454.00, with interest at 6% from October 2, 2006 amounting to $2,492.30, plus the costs and disbursements of this action in the amount of $575.00, amounting in all to $27,521.30.

Dated: New York, New York
       ~~June~~, ~~2007~~
       August 14, 2007

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07